# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

CASE NUMBER: _____

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ in _____ county, in the _____ District of _____ defendant(s) did, (Track Statutory Language of Offense)

in violation of Title _____ United States Code, Section(s) _____.

I further state that I am a(n) _____ and that this complaint is based on the following facts:
Official Title

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____ at _____
Date                                City and State

_____           _____
Name & Title of Judicial Officer   Signature of Judicial Officer